1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| T.D., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHE, INC.<br><br>Defendant. | Case No.: 3:25-cv-09349-WHO<br><br>Judge: Hon. William H. Orrick<br><br>**[PROPOSED] ORDER GRANTION DEFENDANT'S MOTION TO DISMISS**<br><br>*[Filed concurrently with the Motion; and Declaration of Ivan M. Posey)*<br><br>Complaint Filed: November 9, 2025<br>Trial Date: Not Set |

## [PROPOSED] ORDER

After full consideration of Defendant PHE Inc.'s ("Defendant") Motion to Dismiss (the "Motion"), including all filings supporting and opposing the Motion, and oral argument if necessary, the Court orders as follows:

Defendant's Motion to Dismiss Plaintiff's Complaint is GRANTED, and Plaintiff's Complaint is dismissed without leave to amend.

**IT IS SO ORDERED.**

Dated: _____    _____
                                                                 Hon. William H. Orrick